UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Jamilla Clark and Arwa Aziz on Behalf of Themselves and Others Similarly Situated, and Turning Point for Women and Families;

                                                                  Plaintiffs,

   -against-

The City Of New York,

                                                                  Defendant.

------------------------------------------------------------------X

**NOTICE OF MOTION**

18 Civ. 2334 (RWS)(KHP)

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated June 13, 2018 and Declaration of Suzanna Publicker Mettham dated June 13, 2018, defendant City of New York will move this Court, before the Robert W. Sweet, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an Order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, granting judgment to defendant, and dismissing the Complaint as against it with prejudice, together with such other relief as this Court deems just and proper

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 6.1, papers in opposition, if any, are to be served upon the undersigned on or before June 27, 2018 and reply papers, if any, are to be served on or before July 5, 2018.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Individual Rules of Hon. Robert W. Sweet, oral argument is to be held on this motion on August 7, 2018 at noon.

Dated: New York, New York
       June 13, 2018

                                      ZACHARY W. CARTER
                                      Corporation Counsel of the
                                          City of New York
                                      *Attorney for Defendant City of New York*
                                      100 Church Street, Room 3-212
                                      New York, New York 10007
                                      (212) 356-2356

By:  _____
      Suzanna Publicker Mettham
      Senior Counsel
      Special Federal Litigation Division

Docket No. 18 Civ. 2334 (RWS)(KHP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jamilla Clark and Arwa Aziz on Behalf of Themselves and Others Similarly Situated, and Turning Point for Women and Families;

                                        Plaintiffs,

-against-

The City Of New York,

                                        Defendant.

## NOTICE OF MOTION

**ZACHARY W. CARTER**
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street, Room 3-212*
*New York, New York 10007*

*Of Counsel: Suzanna Publicker Mettham*
*Tel: (212) 356-2356*

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................., 2018*

*....................................................... Esq.*

*Attorney for .........................................................*