UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Jamilla Clark and Arwa Aziz on Behalf of Themselves and Others Similarly Situated, and Turning Point for Women and Families;

                                  Plaintiffs,

-against-

The City Of New York,

                                  Defendant.

------------------------------------------------------------------X

**REPLY DECLARATION OF SUZANNA PUBLICKER METTHAM**

18 Civ. 2334 (RWS)(KHP)

**SUZANNA PUBLICKER METTHAM**, an attorney duly admitted to practice in the Courts of New York, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true:

I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and attorney for Defendant City of New York. As such, I am familiar with the facts and circumstances stated herein and submit this declaration to place the relevant documents on the record in support of Defendant's Reply Motion to Dismiss the Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. In further support of its motion, Defendant submits the exhibits described below.

1. Annexed as Exhibit "D" is a true and accurate copy of the plaintiff Jamilla Clark A/K/A Jamilla Almari's Certificate of Disposition for Docket Number 2017NY003834. This document indicates that for Ms. Clark's arrest on January 9, 2017, which forms the basis of this lawsuit, the charges were dismissed and sealed pursuant to Section 160.55 of the N.Y. Criminal Procedure Law on November 17, 2017.

2.       Annexed as Exhibit "E" is a true and accurate copy of the plaintiff Arwa Aziz's Certificate of Disposition for Docket Number 2017KN048637. This document indicates that for Ms. Aziz's arrest on August 30, 2017, which forms the basis of this lawsuit, the charges were dismissed and sealed pursuant to Section 160.50 of the N.Y. Criminal Procedure Law on February 26, 2018.

Dated: New York, New York
       August 10, 2018

                                ZACHARY W. CARTER
                                Corporation Counsel of the City of New York
                                *Attorney for Defendant*
                                100 Church Street, Rm. 3-212
                                New York, New York 10007
                                (212) 356-2356

By:       /s/ S. Mettham
                                Suzanna Publicker Mettham
                                Senior Counsel

18 Civ. 2334 (RWS)(KHP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jamilla Clark and Arwa Aziz on Behalf of Themselves and Others Similarly Situated, and Turning Point for Women and Families;

                              Plaintiffs,

-against-

The City Of New York,

                              Defendant.

**DECLARATION OF SUZANNA PUBLICKER METTHAM IN FURTHER SUPPORT OF DEFENDANT'S REPLY MOTION TO DISMISS THE COMPLAINT AND SUPPORTING EXHIBITS**

*ZACHARY W. CARTER*
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street, Rm. 3-212*
*New York, N.Y. 10007*

*Of Counsel: Suzanna Publicker Mettham*
*Tel: (212) 356-2356*

*Due and timely service is hereby admitted.*

*New York, N.Y. ............................................ ,2018*

*................................................................. Esq.*

*Attorney for .........................................................*