# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK  10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

DIANE L. HOUK
ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
NICK BOURLAND
ANDREW K. JONDAHL

December 3, 2019

**By ECF**

Hon. Katherine Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *Clark, et al., v. City of New York*, No. 18 Civ. 02334 (AT) (KHP)

Dear Judge Parker:

  This firm represents Plaintiffs in this matter. The parties jointly write to request that the Court adjourn the status conference scheduled for December 9, 2019, *see* Dkt. Nos. 85 & 87, in light of the settlement conference scheduled for December 16, 2019, *see* Dkt. No. 96. Because discovery in this matter is currently stayed pending settlement discussions, the parties agree that a separate status conference is unnecessary; any discovery deadlines can be discussed at the December 16, 2019 conference.

  We are available at the Court's convenience, should any questions arise.

          Respectfully submitted,

           /s/
          Emma L. Freeman

cc: All Counsel of Record (by ECF)