USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMILLA CLARK, et al.,

                              Plaintiffs,

    -against-

CITY OF NEW YORK,

                              Defendant.
------------------------------------------------------------------X
GEHAD ELSAYED et al.,

                              Plaintiffs,

    -against-

CITY OF NEW YORK et al.,

                              Defendants.
------------------------------------------------------------------X

<u>**ORDER SCHEDULING TELEPHONE CONFERENCE**</u>

**18-CV-2334 (RWS) (KHP)**

**18-CV-10566 (RWS) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephone conference in this matter will be held on **<u>Monday, January 13, 2020 at 10:00 a.m.</u>** Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

    **SO ORDERED.**

Dated: New York, New York
       December 17, 2019

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge