```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

JAMILLA CLARK, et al.,

                           Plaintiffs,

    -against-

CITY OF NEW YORK,

                           Defendant.

```
-----------------------------------------------------------------X
```

**ORDER**

**18-CV-2334 (RWS) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/22/20

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The status conference in this matter currently scheduled for January 23, 2020 at 9:45 a.m. is hereby adjourned.

    **SO ORDERED.**

Dated: New York, New York
        January 22, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge