UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMILLA CLARK, et al.,

                                  Plaintiffs,

    -against-

CITY OF NEW YORK,

                                 Defendant.
------------------------------------------------------------------X

**ORDER**

18-CV-2334 (RWS) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    The Court thanks the parties for the update and requests a status update within two weeks.

    **SO ORDERED.**

Dated: New York, New York
         May 18, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge