```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMILLA CLARK and ARWA AZIZ, on Behalf of Themselves and Others Similarly Situated, and TURNING POINT FOR WOMEN AND FAMILIES,

        Plaintiffs,

-against-

CITY OF NEW YORK,

        Defendant.

18 Civ. 2334 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' letters, ECF Nos. 119, 122, 124, and 125, it is hereby ORDERED that:

1. Plaintiffs' request to file a motion for class certification is GRANTED;
2. Defendant's request that Plaintiffs' motion for class certification "be held in abeyance," ECF No. 124, is DENIED;
3. By **August 3, 2020**, Plaintiffs shall file their motion for class certification;
4. By **August 31, 2020**, Defendant shall file its opposition; and
5. By **September 21, 2020**, Plaintiffs shall file their reply, if any.

The Clerk of Court is directed to terminate the motion at ECF No. 125.

SO ORDERED.

Dated: July 6, 2020
      New York, New York

                                     ANALISA TORRES
                               United States District Judge