UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMILLA CLARK and ARWA AZIZ, on Behalf of Themselves and Others Similarly Situated, and TURNING POINT FOR WOMEN AND FAMILIES,<br><br>     Plaintiffs,<br><br> -against-<br><br>CITY OF NEW YORK,<br><br>     Defendant. | **NOTICE OF MOTION**<br><br>No.: 18 Civ. 02334 (AT) (KHP) |

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated August 3, 2020, Declaration of Emma L. Freeman dated August 3, 2020 and the exhibits annexed thereto, Declaration of Arwa Aziz dated July 31, 2020, Declaration of Jamilla Clark dated August 3, 2020, and upon all prior pleadings, Plaintiffs Jamilla Clark and Arwa Aziz, on behalf of themselves and others similarly situated, by their counsel Emery Celli Brinckerhoff Abady Ward & Maazel LLP, will move this Court, before the Honorable Analisa Torres, United States District Judge for the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an Order:

  1. Certifying a plaintiff class, pursuant to Fed. R. Civ. P. 23(b)(3), consisting of all persons who were required to remove their religious head covering for a post-arrest photograph while in custody of the New York City Police Department; and

  2. For such other relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with this Court's Order of July 6, 2020, Defendant shall file its opposition to this motion by August 31, 2020, and Plaintiffs shall file their reply by September 21, 2020. *See* Dkt. No. 126.

Dated: August 3, 2020
       New York, New York

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

By: _____/s/_____
    Matthew Brinckerhoff
    O. Andrew F. Wilson
    Emma L. Freeman
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

*Attorneys for Plaintiffs and the Putative Class*

SURVEILLANCE TECHNOLOGY
OVERSIGHT PROJECT

Albert F. Cahn
40 Rector Street
New York, New York 10006
(646) 602-5600

*Attorneys for Plaintiffs and the Putative Class*