# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER

September 10, 2020

**By ECF**

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Clark, et al., v. City of New York*, No. 18 Civ. 02334 (AT) (KHP)

Dear Judge Torres:

      This firm represents Plaintiffs in the above-captioned matter. We write pursuant to Section I.C of the Court's Individual Practices to request a two-week extension of the deadline for Plaintiffs to submit their reply brief in further support of their motion for class certification until October 5, 2020.

      Plaintiff requests this two-week extension of the original deadline (September 21, 2020, *see* Dkt. No. 126) due to staffing needs relating to multiple depositions that have unexpectedly been scheduled over the next two weeks in other matters. This is Plaintiffs' first request for an extension of this deadline. Defendant City of New York consents to this request.

                                    Respectfully submitted,

                                    /s/
                                Emma L. Freeman

c.    All Counsel of Record (by ECF)