USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/30/2020_

# EMERY CELLI BRINCKERHOFF ABADY W

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER

October 28, 2020

**By ECF**

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Clark, et al., v. City of New York*, No. 18 Civ. 02334 (AT) (KHP)

Dear Judge Torres:

    This firm represents Plaintiffs. On behalf of both parties, we write to request that all discovery be stayed pending the issuance of a ruling on Plaintiff's *sub judice* motion for class certification (with or without opinion).

    The parties now agree that the scope of outstanding discovery hinges directly on the Court's resolution of Plaintiffs' motion for class certification. Following Magistrate Judge Parker's extension of the discovery deadline until January 18, 2020, *see* Dkt. No. 147, the parties met and conferred in detail with respect to remaining discovery. Given the substantial impact of the forthcoming ruling on the scope and nature of discovery, the parties have determined that a stay would serve the interests of efficiency and economy by reducing unnecessary discovery and related fees. Accordingly, the parties propose that (1) within five days of any ruling on class certification, the parties will meet and confer on the scope of remaining discovery and (2) within two days of such meet and confer, the parties will update Magistrate Judge Parker with respect to all proposed outstanding discovery.

GRANTED. Within seven days of the Court's ruling on Plaintiffs' motion for class certification, the parties will update the Honorable Katharine H. Parker regarding discovery.

SO ORDERED.

Dated: October 30, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge