# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __01/06/2021__

January 6, 2021

**By ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

01/06/2021

      Re:    *Clark, et al., v. City of New York*, No. 18 Civ. 02334 (AT) (KHP)

Dear Judge Parker:

This firm represents Plaintiffs. On behalf of both parties, we write to update the Court on the status of Plaintiffs' motion for class certification and request that the January 22, 2021 status conference (*see* Dkt. No. 154) be adjourned *sine die*.

On October 30, 2020, Judge Torres stayed discovery and directed the parties to update Your Honor about the status of discovery within seven days of a decision (with or without opinion) on the pending motion for class certification. *See* Dkt. No. 150. Plaintiffs' motion for class certification has been *sub judice* since October 9, 2020. *See* Dkt. No. 145. The parties agreed that the scope of outstanding discovery hinges directly on the Court's resolution of that motion and therefore jointly sought a stay of discovery in the interests of efficiency and economy. *See* Dkt. No. 149. In light of the stay, the parties respectfully request that the January 22, 2021 status conference be adjourned *sine die*. This is the parties' first request for an adjournment of this conference.

Respectfully submitted,

/s/

O. Andrew F. Wilson

cc:    All Counsel of Record