

**THE CITY OF NEW YORK**

JAMES E. JOHNSON
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

BILAL HAIDER
*Senior Counsel*
Phone: (212) 356-3549
Fax: (212) 356-3509
bhaider@law.nyc.gov

April 26, 2021

**BY ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Clark et al v. City of New York,
18 Civ. 2334 (AT)(KHP)

Your Honor:

I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendant City of New York in the above-referenced matter. Defendant writes on behalf of all parties to respectfully request an adjournment of the telephone case management conference scheduled for Tuesday, April 27, 2021 at 11:45 a.m. (See Memo Endorsement dated March 8, 2021, ECF No. 159.)

On April 5, 2021, upon the parties' request, Your Honor issued an Order referring this matter to the Court-annexed Mediation Program. (See Mediation Referral Order, ECF No. 165.) The parties have since had preliminary discussions with the assigned mediator, Rebecca Price, Esq., Director of the ADR Program, and will be participating in a mediation session on May 4, 2021.

Accordingly, the parties respectfully request an adjournment of the case management conference scheduled for April 27, 2021.

---

**APPLICATION GRANTED:** The telephonic Case Management Conference scheduled for Tuesday, April 27, 2021 at 11:45 a.m. is hereby rescheduled to **Monday, May 24, 2021 at 11:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
04/26/2021

- 2 -

Thank you for your consideration herein.

Respectfully submitted,

*Bilal Haider* /s

Bilal Haider
Senior Counsel
Special Federal Litigation Division
100 Church Street, Room 3-235
New York, New York 10007
(212) 356-3549
bhaider@law.nyc.gov

cc: *All counsel*, by ECF