# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| RICHARD D. EMERY<br>ANDREW G. CELLI, JR.<br>MATTHEW D. BRINCKERHOFF<br>JONATHAN S. ABADY<br>EARL S. WARD<br>ILANN M. MAAZEL<br>HAL R. LIEBERMAN<br>DANIEL J. KORNSTEIN<br>O. ANDREW F. WILSON<br>KATHERINE ROSENFELD<br>DEBRA L. GREENBERGER<br>ZOE SALZMAN<br>SAM SHAPIRO | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br>TEL: (212) 763-5000<br><br>FAX: (212) 763-5001<br>www.ecbawm.com | DIANE L. HOUK<br><br>EMMA L. FREEMAN<br>DAVID BERMAN<br>HARVEY PRAGER<br>SCOUT KATOVICH<br>MARISSA BENAVIDES<br>NICK BOURLAND<br>ANDREW K. JONDAHL<br>ANANDA BURRA<br>MAX SELVER<br>NOEL LEON |

May 6, 2021

*By ECF*

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/07/2021

**MEMO ENDORSED**

    Re:    *Clark, et al., v. City of New York*, No. 18 Civ. 02334 (AT) (KHP)

Dear Judge Parker:

    This firm represents Plaintiffs. On behalf of both parties, we write to request an adjournment of the May 24, 2021 telephonic Case Management Conference (*see* Dkt. No. 168) in light of the mediation scheduled for June 8, 2021 (*see* May 5, 2021 Docket Entry).

    Pursuant to the Court's Order, Dkt. No. 165, the parties attended a May 4, 2021 mediation session with Rebecca Price, Esq., through the Court-annexed Mediation Program. The parties will continue mediating before Ms. Price on June 8, 2021 (*see* May 5, 2021 Docket Entry). Accordingly, the parties request an adjournment of the May 24, 2021 conference until at least one week after the June 8 mediation session.

                                               Respectfully submitted,

                                                /s/
                                              O. Andrew F. Wilson

cc:    All Counsel of Record

**APPLICATION GRANTED:** The telephonic Case Management Conference scheduled for Monday, May 24, 2021 at 11:00 a.m. is hereby rescheduled to <u>Thursday, June 17, 2021 at 12:30 p.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
05/07/2021