

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/27/2021
```

**MEMO ENDORSED**

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

**JAMES R. MURRAY**
*Assistant Corporation Counsel*
Phone: (212) 356-2372
Fax: (212) 356-3509
jamurray@law.nyc.gov

July 27, 2021

**BY ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Clark et al v. City of New York,
                 18 Civ. 2334 (AT)(KHP)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, attorney for Defendant City of New York in the above-referenced matter. Defendant writes on behalf of all parties to respectfully request a 30 day adjournment of the telephone case management conference scheduled for Wednesday, July 28, 2021 at 11:00 a.m. (See Memo Endorsement dated June 13, 2021, ECF No. 172.)

      Pursuant to the Court's April 5, 2021 Order, the parties attended a mediation session on June 8, 2021 before Rebecca Price, Esq., Director of the ADR Program. (See Mediation Referral Order, ECF No. 165; see also June 8, 2021 Docket Entry.) Defendants are currently working with the Office of the Comptroller of the City of New York City to obtain additional settlement authority. Defendants are hopeful that once additional authority is obtained the parties can attend another mediation session with Ms. Price and continued progress can be made towards resolution.

**APPLICATION GRANTED:** The telephonic Case Management Conference scheduled for Wednesday, July 28, 2021 at 11:00 a.m. is hereby rescheduled to **Wednesday, August 25, 2021 at 11:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
07/27/2021

- 2 -

Accordingly, the parties respectfully request a 30 day adjournment of the case management conference scheduled for July 28, 2021. Thank you for your consideration herein.

Respectfully submitted,

James R. Murray  /s
James R. Murray
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street, Room 3-183
New York, New York 10007
(212) 356-2372
jamurray@law.nyc.gov

cc: *All counsel*, by ECF