# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| RICHARD D. EMERY<br>ANDREW G. CELLI, JR.<br>MATTHEW D. BRINCKERHOFF<br>JONATHAN S. ABADY<br>EARL S. WARD<br>ILANN M. MAAZEL<br>HAL R. LIEBERMAN<br>DANIEL J. KORNSTEIN<br>O. ANDREW F. WILSON<br>KATHERINE ROSENFELD<br>DEBRA L. GREENBERGER<br>ZOE SALZMAN<br>SAM SHAPIRO | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br>TEL: (212) 763-5000<br><br>FAX: (212) 763-5001<br>www.ecbawm.com | DIANE L. HOUK<br><br>EMMA L. FREEMAN<br>DAVID BERMAN<br>HARVEY PRAGER<br>SCOUT KATOVICH<br>MARISSA BENAVIDES<br>NICK BOURLAND<br>ANDREW K. JONDAHL<br>ANANDA BURRA<br>MAX SELVER<br>NOEL LEÓN |

August 23, 2021

*By ECF*

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   *Clark, et al., v. City of New York*, No. 18 Civ. 02334 (AT) (KHP)

Dear Judge Parker:

This firm represents Plaintiffs. On behalf of both parties, we write to request an adjournment of the August 25, 2021 telephonic Case Management Conference (*see* Dkt. No. 174) in light of the status of settlement negotiations.

The parties attended a May 8, 2021 mediation session with Rebecca Price, Esq., through the Court-annexed Mediation Program. *See* May 5, 2021 Docket Entry. After that productive session, the parties continued their negotiations before Ms. Price, and Defendants worked with the Office of the Comptroller of the City of New York to obtain additional settlement authority. *See* Dkt. No. 173. Another mediation session is scheduled for September 10, 2021. *See* August 5, 2021 Dkt. Entry. Accordingly, the parties request a thirty-day adjournment of the August 25, 2021 conference.

Respectfully submitted,

/s/
O. Andrew F. Wilson

cc:   All Counsel of Record

**APPLICATION GRANTED:** The telephonic Case Management Conference scheduled for Wednesday, August 25, 2021 at 11:00 a.m. is hereby rescheduled to <u>Thursday, September 30, 2021 at 12:30 p.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.    08/23/2021