## EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER
VIVAKE PRASAD
NOEL R. LEÓN
NAIRUBY L. BECKLES
FRANCESCA COCUZZA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/29/2021

September 29, 2021

**MEMO ENDORSED**

By ECF

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Clark, et al., v. City of New York*, No. 18 Civ. 02334 (AT) (KHP)

Dear Judge Parker:

This firm represents Plaintiffs. On behalf of both parties, we write to request an adjournment of the September 30, 2021 telephonic Case Management Conference (*see* Dkt. No. 176) in light of the status of settlement negotiations.

The parties attended a September 10, 2021 mediation session with Rebecca Price, Esq., through the Court-annexed Mediation Program. *See* September 10, 2021 Docket Entry. The parties' discussions are ongoing. Another mediation session is expected in the coming weeks. Accordingly, the parties request a thirty-day adjournment of the September 30, 2021 conference.

Respectfully submitted,

/s

O. Andrew F. Wilson

cc:   All Counsel of Record

**APPLICATION GRANTED:** The telephonic Case Management Conference scheduled for Thursday, September 30, 2021 at 12:30 p.m. is hereby rescheduled to **Thursday, November 4, 2021 at 2:45 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
09/29/2021