## EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER
VIVAKE PRASAD
NOEL R. LEÓN
NAIRUBY L. BECKLES
FRANCESCA COCUZZA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/03/2021

November 3, 2021

**APPLICATION DENIED**

KATHARINE H. PARKER
United States Magistrate Judge
11/03/2021

*By ECF*

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Clark, et al., v. City of New York*, No. 18 Civ. 02334 (AT) (KHP)

Dear Judge Parker:

This firm represents Plaintiffs. On behalf of both parties, we write to request an adjournment of the November 4, 2021 telephonic Case Management Conference (*see* Dkt. No. 179) in light of the status of settlement negotiations.

The parties attended an October 18, 2021 mediation session with Rebecca Price, Esq., through the Court-annexed Mediation Program. The parties' discussions are ongoing. Another mediation session is expected in the coming weeks. Accordingly, the parties request a thirty-day adjournment of the November 4, 2021 conference.

Respectfully submitted,

/s

O. Andrew F. Wilson

cc:   All Counsel of Record