USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CLARK, et al.,

                Plaintiffs,

  -against-

CITY OF NEW YORK,

                Defendant.
----------------------------------------------------------------X

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

18-CV-2334 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A case management conference in this matter is hereby scheduled for **Thursday, December 16, 2021 at 10:00 a.m.** in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated: New York, New York
        November 4, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge