```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMILLA CLARK, et al.,

                Plaintiffs,

   -against-

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

18-CV-2334 (RWS) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of increased COVID-19 cases, the case management conference scheduled for 10:00 am on Thursday, December 16, 2021 is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial: (866) 434-5269; access code: 4858267.

**SO ORDERED.**

Dated: New York, New York
       December 14, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge