```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMILLA CLARK, et al.,

                    Plaintiffs,                              ORDER

         -against-                                    18-CV-2334 (AT) (KHP)

CITY OF NEW YORK,

                    Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A case management conference was held on December 16, 2021, where the Court determined the following deadlines:

Fact discovery shall be completed by **April 29, 2022,** and expert discovery shall be completed by **July 15, 2022**.

Plaintiffs are directed to meet and confer with the Defendants about how best to proceed with providing notice to Plaintiffs. A proposed class notice and plan of distribution shall be submitted to the Court by **January 7, 2022**. By January 7, 2022, the parties shall also provide the Court with their respective positions on bifurcation of discovery as to liability and damages.

Defendants are required to advise Plaintiffs of their proposal regarding depositions of a representative sample of class members by **January 14, 2022**. The parties shall be prepared to discuss their respective positions on such depositions at the next case management conference.

A telephonic case management conference will be held on **Wednesday, January 19, 2022 at 3:30 p.m**. The parties shall call 866-434-5269 code 4858267.

**SO ORDERED.**

Dated: New York, New York
December 16, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge