USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CLARK, et al.,

                Plaintiffs,

  -against-

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCES**

18-CV-2334 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A series of telephonic Case Management conferences in this matter are hereby scheduled for the following dates. **The parties shall file a joint status letter that includes agenda items three business days in advance of each conference. The letters shall be no more than five pages in length.** Counsel is directed to call into the court conference line at the scheduled times. **Please dial (866) 434-5269 Code: 4858267.**

    **Wednesday, February 23, 2022 at 2:00 p.m.**

    **Thursday, March 24, 2022 at 2:30 p.m.**

    **Wednesday, April 20, 2022 at 10:00 a.m.**

    **Thursday, May 19, 2022 at 12:00 p.m.**

    **Wednesday, June 29, 2022 at 10:00 a.m.**

    **Thursday, July 21, 2022 at 10:00 a.m.**

**SO ORDERED.**

Dated: New York, New York
January 20, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge