## EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER
VIVAKE PRASAD
NOEL R. LEÓN
NAIRUBY L. BECKLES
FRANCESCA COCUZZA

January 28, 2022

**By ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

/s/ Hon. Katharine H. Parker, U.S.M.J.
01/31/2022

Re:   *Clark, et al. v. City of New York*, No. 18 Civ. 02334 (AT) (KHP)

Dear Judge Parker:

Plaintiffs write to propose a deadline of February 9, 2022, to respond to the City's motion seeking discovery from absent class members. The City consents to this proposal.

Respectfully submitted,

/s/
O. Andrew F. Wilson

cc:   All Counsel of Record