```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMILLA CLARK, et al.,

           Plaintiffs,

  -against-

CITY OF NEW YORK,

           Defendant.
-----------------------------------------------------------------X

**ORDER**

18-CV-2334 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A case management conference was held on February 23, 2022, where the Court determined the following deadlines:

Plaintiffs proposal regarding class notice is due for final approval on **February 25, 2022**.

Defendant's letter motion for discovery from absent class members is denied without prejudice.  (ECF No. 196.)

Plaintiffs expert report is due by **March 31, 2022**; Defendant's rebuttal expert report is due by **May 30, 2022**.

**The Clerk of Court is directed to terminate motion at ECF No. 196.**

**SO ORDERED.**

Dated: New York, New York
       February 23, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge