```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/08/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMILLA CLARK, et al.,

                Plaintiffs,

    -against-

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

18-CV-2334 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On May 5, 2022, Mr. Ben Bey, acting pro se, filed a declaration seeking to intervene in this case. (ECF Nos. 211-12.)

Plaintiffs' counsel is ordered to confer with Mr. Bey and to discuss with him whether Plaintiffs oppose his intervention in the case.

Plaintiff's counsel should be prepared to provide the Court with a status update on this matter at the next case management conference on May 19, 2022.

**SO ORDERED.**

Dated: New York, New York
       May 8, 2022

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge