USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMILLA CLARK, et al.,

                Plaintiffs,

    -against-

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

**18-CV-2334 (RWS) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the May 19, 2022 case management conference:

The deadline for Defendant to produce the report of its academic expert is extended to June 30, 2022.

The depositions of the Plaintiffs' academic expert and of the Defendant's academic expert must both occur before July 21, 2022.

At the conference scheduled on July 21, 2022, the Court will discuss the issue of depositions of absent class members.

**SO ORDERED.**

Dated: New York, New York
       May 19, 2022

_Katharine H. Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge