UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JAMILLA CLARK and ARWA AZIZ, on behalf of themselves and others similarly situated, and TURNING POINT FOR WOMEN AND FAMILIES,

                                                       Plaintiffs,

-against-

THE CITY OF NEW YORK,

                                                       Defendant.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

18 CV 2334 (AT)(KHP)

       **WHEREAS,** the City of New York and Turning Point for Women and Families (together the "Parties") have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation only as between the City of New York and Turning Point for Women and Families, without further proceedings and without admitting any fault or liability;[1]

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] This stipulation and settlement agreement has no bearing on the claims of plaintiffs Clark, Aziz, and the certified class in this matter, which will proceed at this time.

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the Parties and set forth in the Stipulation of Settlement executed by the Parties.

Dated: New York, New York
       September 20, 2022

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP<br>*Attorneys for Plaintiff Turning Point*<br>600 5th Avenue, 10th Floor<br>New York, New York 10020 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendant City*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>O. Andrew F. Wilson, Esq.<br>Emma L. Freeman, Esq. | By: _____<br>Carolyn K. Depoian, Esq.<br>*Senior Counsel* |

SURVEILLANCE TECHNOLOGY
OVERSIGHT PROJECT

Albert F. Cahn
40 Rector Street
New York, New York 10006
*Attorney for Plaintiff Turning Point*

SO ORDERED:

_____
HON. ANALISA TORRES
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022

2