```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/29/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMILLA CLARK and ARWA AZIZ, on behalf of themselves and others similarly situated, and TURNING POINT FOR WOMEN AND FAMILIES,

            Plaintiffs,

-against-

CITY OF NEW YORK,

            Defendant.

18 Civ. 2334 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has been advised that all claims asserted by Plaintiff Turning Point for Women and Families against Defendant City of New York (the "City") have been settled in principle.[1] ECF No. 237. In their proposed stipulation and order, the parties ask that the Court "continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the Parties and set forth in the Stipulation of Settlement executed by the Parties." *Id.* ¶ 2. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement between Plaintiff Turning Point for Women and Families and the City, they must submit the settlement agreement to the Court to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. Further, the Court shall retain jurisdiction for one year.

    By **October 7, 2022**, Plaintiff Turning Point for Women and Families and the City shall submit a revised stipulation that conforms to the above and the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: September 29, 2022
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge

---

[1] Plaintiffs Jamilla Clark and Arwa Aziz, on behalf of themselves and others similarly situated, remain in the action.