UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMILLA CLARK and ARWA AZIZ, on behalf of
themselves and others similarly situated, and
TURNING POINT FOR WOMEN AND
FAMILIES,

Plaintiffs,

-against-

CITY OF NEW YORK,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/7/2022__

18 Civ. 2334 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff Turning Point for Women and Families and Defendant City of New York's (the "City") proposed stipulation and order. ECF No. 239. The revised stipulation does not specify that the Court will retain jurisdiction to enforce a settlement agreement made part of the public record for one year. ECF No. 238. By **October 12, 2022**, Plaintiff Turning Point for Women and Families and the City shall submit a revised stipulation that conforms to the Court's orders.

SO ORDERED.

Dated: October 7, 2022
New York, New York

ANALISA TORRES
United States District Judge