UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMILLA CLARK, et al.,

                    Plaintiffs,

   -against-

CITY OF NEW YORK,

                    Defendant.
------------------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED: 10/25/2022               │
└─────────────────────────────────────┘
```

**ORDER**

**18-CV-2334 (AT) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      As discussed at the October 25, 2022 Case Management Conference, Defendant's brief in support of its motion for absent class member discovery is due on **Wednesday, November 9, 2022**.  Plaintiff's opposition brief is due on **Wednesday, November 23, 2022**.

      In addition, since Rule 30(b)(6) depositions are not yet complete, the deadline to complete Rule 30(b)(6) depositions is extended *nunc pro tunc* to **Tuesday, November 1, 2022**.

**SO ORDERED.**

Dated: New York, New York
      October 25, 2022

                                    *Katharine H Parker*
                                  KATHARINE H. PARKER
                                  United States Magistrate Judge