```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _10/26/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMILLA CLARK and ARWA AZIZ, on Behalf of Themselves and Others Similarly Situated,

          Plaintiffs,

-against-

CITY OF NEW YORK,

          Defendant.

18 Civ. 2334 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

On October 24, 2022, Defendant, City of New York (the "City"), filed a letter requesting that the Court "hold [the City's] deadline to file its pre-motion letter in abeyance until [the Honorable] Katharine H. Parker has ruled on [the City's] forthcoming renewed request for leave to depose a subset of absent class members in this case." ECF No. 243 at 1. On October 25, 2022, Judge Parker set a briefing schedule for the City's motion for absent class member discovery and extended the close of fact discovery in this action *nunc pro tunc* to November 1, 2022. ECF No. 248. By **October 28, 2022**, Plaintiffs shall file a letter stating their position on the City's request.

On October 24, 2022, Plaintiffs filed a pre-motion letter requesting leave to file a motion for partial summary judgment. ECF No. 245. Accordingly, the case management conference scheduled for November 16, 2022, is ADJOURNED *sine die*. The Court shall provide further guidance on Plaintiffs' request to file a motion for partial summary judgment following the resolution of the City's request dated October 24, 2022.

SO ORDERED.

Dated: October 26, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge