```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/9/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMILLA CLARK and ARWA AZIZ, on Behalf of Themselves and Others Similarly Situated,

          Plaintiffs,

-against-

CITY OF NEW YORK,

          Defendant.

18 Civ. 2334 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

On October 31, 2022, the Court ordered Defendant, the City of New York (the "City"), to submit its anticipated pre-motion letter for summary judgment by November 7, 2022. ECF No. 251. That submission is now overdue. By **November 14, 2022**, the City shall submit its anticipated pre-motion letter for summary judgment.

SO ORDERED.

Dated: November 9, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge