```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/14/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMILLA CLARK and ARWA AZIZ, on Behalf of Themselves and Others Similarly Situated,

                      Plaintiffs,

-against-

CITY OF NEW YORK,

                      Defendant.

18 Civ. 2334 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiffs' letter dated October 24, 2022. ECF No. 245.[1,2] Accordingly:

1. Plaintiffs' request to file a motion for partial summary judgment is GRANTED;
2. By **March 28, 2023**, Plaintiffs shall file their motion for partial summary judgment;
3. By **May 2, 2023**, Defendant shall file its opposition; and
4. By **May 23, 2023**, Plaintiffs shall file their reply, if any.

SO ORDERED.

Dated: December 14, 2022
       New York, New York

                                        ANALISA TORRES
                                    United States District Judge

---

[1] On October 26, 2022, the Court issued an order indicating that it would "provide further guidance on Plaintiffs' request to file a motion for partial summary judgment" at ECF No. 245. ECF No. 249. This order provides that guidance. On November 14, 2022, Defendant "advise[d] the Court that it no longer intend[ed] to move for summary judgment." ECF No. 256.

[2] On November 9, 2022, Defendant "renew[ed] its January 28, 2022 request for leave to depose a randomized sample of fifty (50) absent class members." ECF No. 255 at 1; *see also* ECF No. 214. Plaintiffs opposed Defendant's request. ECF No. 258. On December 8, 2022, the Honorable Katharine H. Parker granted Defendant's request. ECF No. 260. Fact discovery in this case will now close on February 28, 2023. *Id.*