UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMILLA CLARK and ARWA AZIZ, on Behalf of
Themselves and Others Similarly Situated,

                                    Plaintiffs,

                    -against-

CITY OF NEW YORK,

                                    Defendant.

ANALISA TORRES, District Judge:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/30/2023
```

18 Civ. 2334 (AT)

**ORDER**

        The Court has reviewed Plaintiffs' letter dated May 26, 2023.  ECF No. 283.  Plaintiffs "request clarification on the schedule for . . . Plaintiff[s'] forthcoming motion for partial summary judgment . . . in light of the extension of the schedule for absent class discovery."  *Id.*[1]  The deadline for absent class member discovery is now June 8, 2023.  ECF No. 276; *see also* ECF No. 273 at 5.  The Court shall modify the briefing schedule for Plaintiffs' motion for partial summary judgment as follows:

1.  By **July 10, 2023**, Plaintiffs shall file their motion for partial summary judgment;
2.  By **July 31, 2023**, Defendant shall file its opposition papers; and
3.  By **August 13, 2023**, Plaintiffs shall file their reply, if any.

        SO ORDERED.

Dated:  May 30, 2023
        New York, New York

ANALISA TORRES
United States District Judge

---

[1] On March 9, 2023, the Court set a briefing schedule for Plaintiffs' anticipated motion for partial summary judgment. ECF No. 273 at 5.