USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JAMILLA CLARK, et al.,

                          Plaintiffs,

   -against-

CITY OF NEW YORK,

                          Defendant.

-------------------------------------------------------------------X

**ORDER**

**18-CV-2334 (AT) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As discussed at the August 3, 2023 Case Management Conference, to the extent

Defendant continues to seek motion practice regarding absent class member discovery,

Defendant must file a pre-motion letter setting forth the basis for the motion.  The pre-motion

letter must be filed by August 28, 2023.

**SO ORDERED.**

Dated: New York, New York
      August 3, 2023

_____
              KATHARINE H. PARKER
              United States Magistrate Judge