UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMILLA CLARK and ARWA AZIZ, on Behalf of Themselves and Others Similarly Situated, and TURNING POINT FOR WOMEN AND FAMILIES,<br><br>                Plaintiffs,<br><br>   -against-<br><br>CITY OF NEW YORK,<br><br>                Defendant | Case No.: 18-cv-02334 (AT)(KHP)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, on the accompanying Declaration of O. Andrew F. Wilson dated September 5, 2023, the exhibits annexed thereto, the Rule 56.1 Statement of Undisputed Facts (Dkt. 257) declarations and exhibits annexed thereto (Dkt. 257-1 to 257-18), and the accompanying memorandum of law, Plaintiffs will move before Hon. ANALISA TORRES in this Court at 500 Pearl Street, New York, NY, for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting to Plaintiffs partial summary judgment on the issue of liability and for such other and further relief as the Court may deem proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers are due on September 26, 2023. *See* Dkt. 298.

Dated: New York, New York
        September 5, 2023

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP


By: _____/s/_____

O. Andrew F. Wilson
Matthew Brinckerhoff
Sana Mayat
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

SURVEILLANCE TECHNOLOGY
OVERSIGHT PROJECT
Albert Fox Cahn
David Alfasi Siffert
c/o Urban Justice Center
40 Rector Street
Ste 9th Floor
New York, N.Y. 10006
(646) 602-5600

*Attorneys for Plaintiffs*