USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMILLA CLARK, et al.,

                        Plaintiffs,

  -against-

CITY OF NEW YORK,

                        Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

18-CV-2334 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

A settlement conference in this matter is hereby scheduled for **Monday, November 20, 2023 at 2:00 p.m.** in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York. Individual parties are not required to attend the conference. Updated pre-conference submissions are due by **November 13, 2023 at 5:00 p.m.**

SO ORDERED.

Dated: New York, New York
       September 26, 2023

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge