```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JAMILLA CLARK, et al.,

                        Plaintiffs,

   -against-

CITY OF NEW YORK,

                        Defendant.
----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

18-CV-2334 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      A **Defense counsel only** telephonic Settlement Status Conference in this matter is hereby scheduled for **Thursday, October 5, 2023 at 5:00 p.m.**  Defense Counsel is directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: New York, New York
      September 26, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge