USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JAMILLA CLARK, et al.,

                    Plaintiffs,

  -against-

CITY OF NEW YORK,

                    Defendant.
----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

18-CV-2334 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

A telephonic Settlement Status Conference in this matter is scheduled for **Thursday, December 21, 2023 at 4:00 p.m.** At the scheduled time, counsel shall call the Court's conference line at **(866) 434-5269, Access code: 4858267**. The Court will separately circulate a security code to counsel for the call.

    SO ORDERED.

Dated: New York, New York
       December 7, 2023

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge