```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMILLA CLARK, et al.,

                Plaintiffs,

-against-

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------X

**ORDER RESCHEDULING SETTLEMENT STATUS CONFERENCE**

18-CV-2334 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The telephonic Settlement Status Conference previously scheduled for <u>Thursday, December 21, 2023 at 4:00 p.m.</u> is **adjourned** to **Monday, January 8, 2024 at 4:30 p.m.** At the scheduled time, counsel shall call the Court's conference line at **(866) 434-5269, Access code: 4858267**. The Court will separately circulate a security code to counsel for the call.

      **SO ORDERED.**

Dated: New York, New York
       December 20, 2023

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge