USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMILLA CLARK, et al.,

                        Plaintiffs,
   -against-

CITY OF NEW YORK,

                        Defendant.
-----------------------------------------------------------------X

**ORDER RESCHEDULING SETTLEMENT STATUS CONFERENCE**

18-CV-2334 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The telephonic Settlement Status Conference previously scheduled for Monday, January 8, 2024 at 4:30 p.m. is **adjourned to Tuesday, January 9, 2024 at 5:00 p.m.** At the scheduled time, counsel shall call the Court's conference line at **(866) 434-5269, Access code: 4858267**. The Court will separately circulate a security code to counsel for the call.

    SO ORDERED.

Dated: New York, New York
       December 20, 2023

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge