USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2024

# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

NICK BOURLAND
DANIEL M. EISENBERG
ARIADNE M. ELLSWORTH
SARA LUZ ESTELA
 S. KOKOTAILO
ONYA LEVITOVA
 MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

> **APPLICATION GRANTED.** The telephonic settlement status call previously scheduled for Tuesday, January 9, 2024 at 5:00 p.m. is ADJOURNED to Monday, January 22, 2024 at 5:00 p.m.
>
> SO ORDERED:
>
> */s/ Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 1/9/2024

January 9, 2024

**By ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *Clark, et al., v. City of New York*, No. 18 Civ. 02334 (AT) (KHP)

Dear Judge Parker:

  Plaintiffs write to request adjournment of today's settlement status conference for one week until January 16, 2024. The City consents to this request.

  Plaintiffs shared a draft stipulation with the City on December 15, 2023 and received the City's redline yesterday. Plaintiffs have not yet had an opportunity to review the City's edits and confer on areas of disagreement. Lead counsel for the Plaintiffs is also engaged in a jury trial and is unable to attend the settlement conference. For these reasons, Plaintiffs respectfully request rescheduling the settlement status conference.

             Sincerely,

              /s/
             Matthew D. Brinckerhoff
             Sana Mayat