# EMERY CELLI BRINCKERHOFF ABADY

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER
10TH FLOOR
NEW YORK, NEW YORK 10

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

CLAIRE JONES
NDHA TALLA
IC ABRAMS
ID BERMAN
BOURLAND
EISENBERG
ELLSWORTH
SARA LUZ ESTELA
LAURA S. KOKOTAILO
SONYA LEVITOVA
SARAH MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

**USDC SDNY DOCUMENT ELECTRONICALLY FILED  DOC #: _____  DATE FILED: 1/22/2024**

> The settlement status conference previously scheduled for **January 22, 2024 at 5:00 p.m. is adjourned sine die**. On **January 29, 2024**, the parties shall submit a joint letter by email to Parker_NYSDChambers@nysd.uscourts.gov updating the Court on the status of the settlement.
>
> **SO ORDERED:**
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE  1/22/2024

January 19, 2024

**By ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Clark, et al., v. City of New York*, No. 18 Civ. 02334 (AT) (KHP)

Dear Judge Parker:

    Plaintiffs write to request adjournment of the settlement status conference scheduled for January 22, 2024 for one week until January 29, 2024. The City consents to this request.

    The City shared a proposed Class List today, identifying over one thousand individuals and/or incidents that they believe should be excluded from the Class. Plaintiffs are reviewing that list and have requested more information regarding the basis for exclusion. Plaintiffs have also reviewed the City's redline of the draft settlement agreement and have identified broad conceptual areas of disagreement. The parties are scheduling a time to confer and narrow disputes next week.

    For these reasons, Plaintiffs respectfully request rescheduling the settlement status conference.

Sincerely,

/s/
Sana Mayat