```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/03/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMILLA CLARK, et al.,

                Plaintiffs,

  -against-

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------X

**ORDER RESCHEDULING SETTLEMENT STATUS CONFERENCE**

18-CV-2334 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The telephonic Settlement Status Conference scheduled for Thursday, April 4, 2024 at 3:00 p.m. is hereby rescheduled to **Monday, April 29, 2024 at 3:00 p.m.** The Court will email counsel with the call-in information for this proceeding.

**SO ORDERED.**

Dated: New York, New York
      April 3, 2024

*[Signature: Katharine H. Parker]*
KATHARINE H. PARKER
United States Magistrate Judge