USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/09/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMILLA CLARK, et al.,

                       Plaintiffs,

  -against-

CITY OF NEW YORK,

                       Defendant.
------------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT STATUS CONFERENCE**

18-CV-2334 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

In light of the Motion for Settlement filed on April 5, 2024 (doc. no 336) the telephonic Settlement Status Conference currently scheduled for **April 29, 2024** is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: New York, New York
      April 9, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge