## EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

MONDAIRE JONES
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
DANIEL M. EISENBERG
ARIADNE M. ELLSWORTH
SARA LUZ ESTELA
LAURA S. KOKOTAILO
SONYA LEVITOVA
SARAH MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

April 23, 2024

**By ECF**

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Clark, et al., v. City of New York*, No. 18 Civ. 02334 (AT) (KHP)

Dear Judge Torres:

    This firm represents Plaintiffs and the Plaintiff Class in the above-captioned matter. We request a conference to address the entry of the unopposed proposed order for preliminary approval of the class action settlement (Dkt. 337-2) or, in the alternative, for the Court to enter that order.

    Plaintiffs submitted their unopposed motion for preliminary approval of the class action settlement on April 5, 2024. Dkt. 336-339. The proposed settlement sparked extensive coverage from large media outlets including the New York Times, the Associated Press, Reuters, CBS News, and many others. Plaintiffs hope to use this momentum to send out formal notice to class members while the public's attention is still high. To that end, we request a conference to address the entry of the unopposed order or, in the alternative, we request that the Court enter the order.

    We are available at the Court's convenience should any questions arise.

                                   Respectfully submitted,

                                     /s

                                 O. Andrew F. Wilson
                                 Sana Mayat

cc:    All Counsel of Record