# Exhibit A





Program Manager

## Jason M. Stinehart, PMP

**920 Second Avenue South, Suite 900**
**Minneapolis, MN 55402**

**D:** 612.359.2906
**E:** jstinehart@rustconsulting.com

## Education & Certifications

- **B.S. Finance** University of Wisconsin – LaCrosse (1997)
- **Certified Project Management Professional**

Jason Stinehart is a program manager in Rust's consumer practice area. With an emphasis in insurance, healthcare, and consumer matters, Stinehart works closely with clients and oversees Rust's operational staff to ensure the terms of settlements are carried out efficiently.

Stinehart has 24 years of experience working on class action settlement projects and consumer administration programs. Since joining Rust, Stinehart has worked on all aspects of claims administration, including project management, claims processing, and distribution on more than 75 settlements.

Among Stinehart's notable settlements are:

- **Navient Attorneys General Settlement:** Rust was selected to administer this $1.85 billion settlement between 39 states' attorneys general offices and Navient, resolving allegations of widespread unfair and deceptive student loan servicing practices and abuses in originating predatory student loans. The settlement included $1.7 billion in debt cancellation, and Stinehart oversaw Rust's distribution of nearly $103 million in restitution to 350,000 class members.

- **BMW Cases:** Plaintiffs in *Oliver v. Bayerische Motoren Werke Aktiengesellschaft*, No. 2:17-cv-12979 and *Gelis v. Bayerische Motoren Werke Aktiengesellschaft*, No. 2:17-cv-07386 (D.N.J.) alleged that BMW North America knew coolant pumps installed in a number of different vehicles were defective and likely to fail well before any service or maintenance should be necessary, and also that certain vehicles' timing chain and oil pump drive chain modules were defective and could lead to sudden engine failure and loss of power to the vehicles. Stinehart oversaw the settlements which provided an opportunity for class members to be reimbursed for certain past expenses and covered for certain future repairs. The two settlements together comprised over 3.4 million class members.

- *In re: CenturyLink Sales Practices and Securities Litigation*, **No. 17-2795 (D. Minn.).** Lawsuits claimed that CenturyLink engaged in unfair and deceptive billing practices for for local and long distance telephone, internet, and television services. Rust received data files from CenturyLink which included more than 17 million rows of information. Under Stinehart's leadership, Rust sent notice to 6.5 million

- potential class members via email, and 6.7 million via First-Class Mail, and distributed 122,500 payments, including via PayPal and U.S. Mail, totaling nearly $8.5 million.
- **Excellus Health Plan:** Stinehart was a project manager on this settlement between Excellus and the New York Office of the Attorney General. Rust was selected as the claims monitor to design and oversee the settlement process. Additionally, Rust was responsible for reimbursement process, conducting and audit of the claims process and final determination on appeals.
- **Health Net:** Stinehart was a project manager on the settlement of prove-up claims in *McCoy v. Health Net*, *Wachtel v. Health Net*, and *Scharfman v. Health Net*. Rust provided claims processing and analysis, deficient claim processing and made payments to providers with valid claims.
- **National Mortgage Settlement:** Stinehart served as a project manager on the National Mortgage Settlement (involving the Attorneys General from 49 states): *USA v. Bank of America et al.*, No. 1:12cv361 (D.C.), a $1.5 billion settlement fund. Rust notified more than 2 million borrowers in a multiphase program and answered more than 1.3 million calls. NMS was the second-largest civil settlement ever obtained by the state attorneys general.
- **Independent Foreclosure Review:** Stinehart was lead project manager on the Independent Foreclosure Review, in which the Office of the Comptroller of the Currency, the Federal Reserve Board, and 14 mortgage servicers agreed to a Consent Order, then later a Payment Agreement, related to mortgage servicing practices related to foreclosures. As of December 2015, checks have been mailed to roughly 4.2 million borrowers totaling approximately $3.6 billion and over 90 percent of checks ($3.3 billion) have been cashed.