**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAMILLA CLARK and ARWA AZIZ, on Behalf of
Themselves and Others Similarly Situated,

                       Plaintiff,

      -against-                                         18 **CIVIL** 2334 (AT)

## **JUDGMENT**

CITY OF NEW YORK,
                       Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 19, 2024, the Court has found that the requested service award of $35,000 each to the Named Plaintiffs Jamilla Clark and Arwa Aziz is reasonable under the circumstances. This amount shall be paid by the City as part of the Settlement Costs and placed into a designated Escrow Account for payment to the Named Plaintiffs. The Court has found that the requested service awards between $3,500 and $7,000 to each of the seven Class Members who were deposed as part of absent class discovery are reasonable under the circumstances. The amount shall be paid by the City as part of the Settlement Costs and placed into a designated Escrow Account for payment to the Class Members. The Court has found that the requested $4,147,460 for attorneys' fees and costs is fair, reasonable, and appropriate. The amount shall be paid by the City as part of the Settlement Costs and placed into a designated Escrow Account for payment to Class Counsel. The claims asserted in this Action are dismissed with prejudice as of the Effective Date of Payment, as that term is defined in the Settlement, without fees or costs to any party except as otherwise provided in this Order and in the Settlement; accordingly, the case is closed.

**Dated:** New York, New York

      November 20, 2024

                                                            **DANIEL ORTIZ**
                                                           **Acting Clerk of Court**

                                **BY:**    *K. Mango*

                                                           **Deputy Clerk**