USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/1/2026

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

STEVEN BANKS
*Corporation Counsel*

CAROLYN K. DEPOIAN
*Senior Counsel*
phone: (212) 356-2358
fax: (212) 356-3509
cdepoian@law.nyc.gov

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

7/1/2026

June 30, 2026

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The Court grants the parties request and extends its jurisdiction and the deadline to submit the revised Patrol Guide to **September 30, 2026.**

Re:   El Sayed v. City of New York, 18 Civ. 10566 (AT) (KHP)
         Clark v. City of New York, 18 Civ. 2334 (AT) (KHP)

Your Honor:

I represent defendant the City of New York in the above-referenced matters.  The City writes to respectfully request an extension of time to submit the a proposed stipulation and revised Patrol Guide section from June 30, 2026 until September 30, 2026, and for the Court to extend its jurisdiction through that date.  Plaintiffs consent to this request.

By way of background, on April 13, 2026, the parties notified the Court that they had reached an agreement as to all outstanding issues relating to the remedial structure of a supplemental stipulation, and requested until June 30, 2026 to submit a proposed supplemental stipulation and revised Patrol Guide section for the Court's endorsement.

This Office has been working with the  Legal Bureau of the NYPD in order to effectuate this revision since the parties reached an agreement on the proposed language. We are currently awaiting an update from them regarding the status of the implantation of the Patrol Guide revisions. This extension of time will afford this Office an opportunity to obtain an  update from the Police Department and to provide it to plaintiffs regarding their anticipated timeline.  Defendant will also use this 90 day extension to ensure the proposed stipulation has been approved and agreed to by all parties to that it can be filed expeditiously by the requested deadline.

Therefore, the City respectfully requests an extension of time to submit the a proposed stipulation and revised Patrol Guide section from June 30, 2026 until September 30, 2026, and for the Court to extend its jurisdiction through that date.

The City thanks the Court for its time and consideration.

Respectfully submitted,

/s/ **Carolyn K. Depoian**

Carolyn K. Depoian
*Senior Counsel*

cc:    **Via ECF**
       All counsel of record