USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2026

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**RACHEL SELIGMAN WEISS**
phone: (212) 356-2422
fax: (212) 356-3509
rseligma@law.nyc.gov

August 31, 2026

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The Court thanks the parties for the update. The parties shall submit another status update by **September 15, 2026**. The parties are also reminded that the deadline to submit theproposed stipulation and revised Patrol Guide section is **September 30, 2026** per the Court's July 1, 2026 Order.

Re: El Sayed v. City of New York, 18 Civ. 10566 (AT) (KHP)
Clark v. City of New York, 18 Civ. 2334 (AT) (KHP)

Your Honor:

I write in accordance with the Court's instruction from July 30, 2026, to provide an update regarding the status of the revised Patrol Guide and the implementation of the related training.

The undersigned is informed by the NYPD that the relevant changes to Patrol Guide Section 208-83 have been implemented and a FINEST message advising all members of service of the changes was issued on August 23, 2026. The NYPD has confirmed that training on this topic—which occurs at roll call—has commenced. Plaintiffs have been advised of these developments.

Thank you for your consideration herein.

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

9/3/2026

Respectfully submitted,

/s/ Rachel Seligman Weiss
Rachel Seligman Weiss

cc: **Via ECF**
All counsel of record